# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA BARAJAS DE TEJEDA, | Case No. 1:18-cv-01699-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 2) |
| Defendant. | TWENTY DAY DEADLINE |

Plaintiff Martha Barajas De Tejeda ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying her application for disability benefits pursuant to the Social Security Act. Plaintiff did not pay the filing fee in this action and instead filed an application to proceed without prepayment of fees pursuant to 28 U.S.C. § 1915. (ECF No. 2.) Upon review of Plaintiff's application, she indicates that she relies on her husband for full financial support, and that he pays all of her expenses. (ECF No. 2.) The Court is unable to determine if Plaintiff is entitled to proceed without prepayment of fees in this action without additional information.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

1

Based upon the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's Application to Proceed Without Prepayment of Fees is DENIED without prejudice;

2. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

3. Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

4. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated: **December 17, 2018**

_____
UNITED STATES MAGISTRATE JUDGE