# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA BARAJAS DE TEJEDA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:18-cv-01699-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS<br><br>(ECF Nos. 2, 4) |

Plaintiff Martha Barajas De Tejeda ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying her application for disability benefits pursuant to the Social Security Act. Plaintiff did not pay the filing fee in this action and instead filed an application to proceed without prepayment of fees pursuant to 28 U.S.C. § 1915. (ECF No. 2.) On December 17, 2018, an order was filed finding that Plaintiff's application was not sufficient to determine if she was entitled to proceed in this action without prepayment of fees and requiring a long form application to be filed. (ECF No. 3.) On December 27, 2018, Plaintiff filed a long form application to proceed without prepayment of fees in this action. (ECF No. 4.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Plaintiff is hereby directed to paragraph 1 of the scheduling order to be issued in this action, which directs that the summons and complaint shall be served **within 20 days of the**

1

1 | **filing of the complaint.** Plaintiff shall promptly file proof of service with the Court upon
2 | completion of service.

      Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's application to proceed in forma pauperis is GRANTED;
2. The Clerk of Court is DIRECTED to issue a summons; and
3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant if requested by the plaintiff.

IT IS SO ORDERED.

Dated: **January 2, 2019**

                                                UNITED STATES MAGISTRATE JUDGE