# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA BARAJAS DE TEJEDA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:18-cv-01699-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE CONFIDENTIAL LETTER BRIEF<br><br>(ECF No. 14) |

On July 11, 2019, the parties filed a stipulation extending the time for Plaintiff to serve a confidential letter brief by thirty-one days. (ECF No. 14.)

Pursuant to the stipulation, IT IS HEREBY ORDERED that:

1. Defendant's confidential letter brief shall be served on or before August 11, 2019;
2. If the parties do not agree to a remand, Plaintiff's opening brief shall be filed on or before September 11, 2019;
3. Defendant's responsive brief shall be filed on or before October 11, 2019; and
4. Plaintiff's reply, if any, shall be filed on or before October 26, 2019.

IT IS SO ORDERED.

Dated: __**July 11, 2019**__

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1