# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA BARAJAS de TEJADA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:18-cv-01699-SAB<br><br>ORDER RE STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

On July 31, 2019, a stipulation was filed to remand this matter back to the Commissioner for further administrative proceedings.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that

1. This action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand;
2. Judgment is entered in favor of Plaintiff Martha Barajas de Tejada and against Defendant Commissioner of Social Security; and
3. The Clerk of the Court is directed to CLOSE this action.

IT IS SO ORDERED.

Dated:   **July 31, 2019**

　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE