# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| MARTHA BARAJAS DE TEJEDA, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. 1:18-cv-01699-SAB <br><br> ORDER RE STIPULATION ORDER FOR THE AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) <br> 28 U.S.C. § 2412(d) <br><br> (ECF No. 19) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that attorney fees in the amount of THREE THOUSAND DOLLARS AND 00/100, ($3,000.00) as authorized by 28 U.S.C. § 2412 are awarded subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated: **August 30, 2019**

UNITED STATES MAGISTRATE JUDGE